**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re | Chapter 13 |
| Gail Ann Skean-Johns | Bky. No. 10-17841 |
| Debtor | |

### NOTICE OF LIMITED APPEARANCE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9010(B) FOR PURPOSE OF SEEKING ORDER RESTRICTING PUBLIC ACCESS TO PERSONAL DATA IDENTIFIERS

PLEASE TAKE NOTICE, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that K&L Gates LLP hereby appears in the above-captioned bankruptcy case as attorney for CitiMortgage, Inc. for the limited purpose of seeking an order restricting public access to personal data identifiers and matters related thereto only and not for any other matter.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed as consent to or waiver of any rights: (1) with respect to venue or jurisdiction under Title 11 of the United States Code; (2) to trial by jury in any proceeding, case or controversy; (3) to have final orders in non-core matters entered only after de novo review by the District Court; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, recoupments that the Creditors, or any of them, may be entitled to at law or in equity.

Dated: October 18, 2017                   Respectfully submitted,

                                          K&L GATES LLP

                                          */s/ David R. Fine*
                                          David R. Fine
                                          Pennsylvania Bar No. 66742
                                          17 N. Second Street, 18th Floor
                                          Harrisburg, PA 17101-1507
                                          Tel: (717) 231-4500
                                          Fax: (717) 231-4501
                                          david.fine@klgates.com
                                          *Counsel to CitiMortgage, Inc.*