# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re<br><br>Gail Ann Skean-Johns<br><br><br>Debtor | Chapter 13<br>Bky. No. 10-17841 |

### ORDER GRANTING MOTION BY CITIMORTGAGE, INC. TO REDACT AND RESTRICT PUBLIC ACCESS TO CONSUMER IDENTIFYING INFORMATION AND AUTHORIZING THE FILING OF THE REPLACEMENT FILING

Upon consideration of the motion of Citi[1] for entry of an order, pursuant to sections 105(a) and 107(c) of the Bankruptcy Code and Bankruptcy Rule 9037 (i) directing the Clerk of the Court to permanently restrict remote electronic access to the Filing, and (ii) authorizing Citi to file a Replacement Filing; and the Court having considered the Motion; and after due deliberation thereon, and good and sufficient cause appearing therefor, it is hereby

**ORDERED THAT:**

1. The Motion is **GRANTED**.

2. The Clerk of the Court is hereby directed to restrict remote electronic access to the Filing, the Notice of Mortgage Payment Change (Claim No. 6) filed on the Claims Register on October 23, 2015.

3. **On or before November 3, 2017,** Citi shall replace the Filing with the Replacement Filing, and the Clerkof the Court docket the Replacement Filing.

---

[1] Capitalized terms used and not defined herein shall have the meanings ascribed to such terms in the Motion.

      4.      The Replacement Filing shall be deemed to have been filed with the Court on the date that the relevant Filing it is replacing was originally filed.

      5.      The Replacement Filing shall be identical in all respects to the Designated Filing it replaces, except for the removal of any imperfectly redacted PII.

      6.      ~~Nothing in this Order shall affect the rights of the United States Trustee, the Debtor, counsel for Debtor, the private trustee, Citi or its counsel, or counsel for the private trustee in this matter to request access to the original Filing in person at, or by writing addressed to, the Clerk of the Court's office.~~

Dated: \_\_\_October 20\_\_\_, 2017

_____
**ERIC L. FRANK**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**